UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **TERRENCE LEE** | **CIVIL ACTION NO. 13-480-P** |
| **VERSUS** | **JUDGE HICKS** |
| **DANNY DRISKEL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this  11th  day of   March   2016.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE